Mina K. Bishop, Appellant, v. Leonard Cushing, Appellee.

Gen. No. 10,234.

opinion filed April 20, 1948; released for publication May 10, 1948. Floyd L. Benson and Arthur E. Colwell, for appellant; Harold R. Langer and Hibbs & Pool, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.

Theodore Trecker, Appellant, v. Catherine Trecker, Executor of Estate of William C. Trecker, Deceased, Appellee.

Gen. No. 10,226.